**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   ELIZABETH J BAUR

§
§          Case No.: 09-46948
§
§
§
§
Debtor(s)                    §

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 12/11/2009.

2)    This case was confirmed on 03/11/2010.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/11/2010.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on 09/14/2010, 04/05/2011.

5)    The case was converted on 05/12/2011.

6)    Number of months from filing to the last payment:  13

7)    Number of months case was pending:  18

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $   232,900.00

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 33,553.96 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 33,553.96 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,745.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 2,045.18 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,790.18 |
| Attorney fees paid and disclosed by debtor | $ | 1,755.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN MORTGAGE NE | SECURED | 83,667.00 | .00 | .00 | .00 | .00 |
| AMERICAN MORTGAGE NE | UNSECURED | 83,667.00 | NA | NA | .00 | .00 |
| AMERICAN MORTGAGE NE | OTHER | .00 | NA | NA | .00 | .00 |
| CHRYSLER FINANCIAL S | SECURED | 8,731.00 | 8,737.35 | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | 2,250.00 | 1,894.99 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 249,000.00 | 260,295.47 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 11,000.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL MO | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN MORTGAGE NE | SECURED | NA | .00 | 10,000.00 | 5,536.95 | .00 |
| JPMORGAN CHASE BANK | SECURED | NA | 43,438.81 | 43,738.81 | 24,226.83 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 65,000.00 | 40,749.12 | 40,749.12 | .00 | .00 |
| IRS | OTHER | .00 | NA | NA | .00 | .00 |
| AES NCT | UNSECURED | 68,828.00 | .00 | .00 | .00 | .00 |
| AES NCT | UNSECURED | 41,617.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS CEN | UNSECURED | 24,496.00 | 24,496.76 | 24,496.76 | .00 | .00 |
| CAVALRY PORTFOLIO SV | UNSECURED | 43,097.00 | 62,975.55 | 62,975.55 | .00 | .00 |
| NORTH SHORE RHEUMATO | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| CERTIFIED SEERVICES | UNSECURED | 563.00 | NA | NA | .00 | .00 |
| CLINICAL ASSOCIATES | UNSECURED | 1,695.00 | NA | NA | .00 | .00 |
| XEROX CORP PAYROLL | UNSECURED | 1,930.00 | NA | NA | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | 1,194.00 | NA | NA | .00 | .00 |
| GLENVIEW STATE BANK | UNSECURED | 1,050.00 | NA | NA | .00 | .00 |
| ICS | UNSECURED | 680.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOLY FAMILY MEDICAL | UNSECURED | 1,068.00 | 2,013.31 | 2,013.31 | .00 | .00 |
| HOLY FAMILY MEDICAL | UNSECURED | 680.00 | NA | NA | .00 | .00 |
| HOLY FAMILY MEDICAL | UNSECURED | 133.00 | NA | NA | .00 | .00 |
| HOLY FAMILY MEDICAL | UNSECURED | 131.00 | NA | NA | .00 | .00 |
| MELETA WARD | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 34,645.00 | 35,323.46 | 35,323.46 | .00 | .00 |
| PINNACLE MANAGEMENT | UNSECURED | 697.00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 21,612.00 | 22,317.95 | 22,317.95 | .00 | .00 |
| MARK FIDLER | OTHER | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL COLLEGIATE | UNSECURED | NA | 110,345.31 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 53,738.81 | 29,763.78 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 53,738.81 | 29,763.78 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 40,749.12 | .00 | .00 |
| **TOTAL PRIORITY:** | 40,749.12 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 147,127.03 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $    3,790.18 |
| Disbursements to Creditors | $   29,763.78 |
| | |
| **TOTAL DISBURSEMENTS:** | $   33,553.96 |

12)     The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:     06/03/2011          /s/ Tom  Vaughn_____
Tom  Vaughn, Chapter  13  Trustee


STATEMENT      : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**